UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHAWN M. WALKER            )
                           )
vs.                        )   Case No. 5:09-cv-08030-IPJ-HGD
                           )
UNITED STATES OF AMERICA   )

## MEMORANDUM OPINION

On August 24, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 8th day of November 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE